IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAVID CANTU, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:11CV00541 (RBW/JMF) |
| THE UNITED STATES OF AMERICA, et al., | ) ) ) | |
| Defendants. | ) ) | |

**MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, defendants hereby move the Court to dismiss the first amended class action complaint on grounds that the Court lacks subject matter jurisdiction and plaintiffs have failed to state a claim upon which relief can be granted. The basis for this motion is more fully set forth in the accompanying memorandum of points and authorities, which is incorporated herein.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD MACHEN
United States Attorney

**/s/ Lisa A. Olson**
MICHAEL SITCOV
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave., N.W., Room 7300
Washington, D.C. 20530
Telephone: (202) 514-5633
Telefacsimile: (202) 616-8470

|  |  |
|---|---|
|  | E-mail: lisa.olson@usdoj.gov |
| Dated: Sept. 24, 2012 | Counsel for Defendants |